**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
PALO ALTO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ARTHUR DRESNER
DIRECT DIAL: 212 692 1014
PERSONAL FAX: 212.202.4904
E-MAIL: amdresner@duanemorris.com

www.duanemorris.com

April 5, 2013

Hon. A. Kathleen Tomlinson
U.S. Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **DEALFLOW MEDIA, INC. vs. BRETT GOETSCHIUS and MARKETNEXUS MEDIA, INC.,**
**Case 2:13-cv-00284-LDW-AKT**

Dear Judge Tomlinson:

We represent plaintiff in this matter. As advised in the letter of February 28, 2013 from Sheppard Mullin Richter & Hampton LLP, counsel for Defendant, the parties have reached an agreement in principal to settle this matter. Since then the parties have been working to complete the details of the proposed settlement, but has of this writing not all details have yet been resolved. Counsel for the parties remain optimistic that a final agreement and dismissal will be achieved shortly.

Respectfully,

Arthur Dresner

AMD:jlw

DUANE MORRIS LLP

1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: +1 212 692 1000   FAX: +1 212 692 1020