UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DEALFLOW MEDIA, INC.,

                                Plaintiff,

     -against-

BRETT GOETSCHIUS and MARKETNEXUS
MEDIA, INC.,

                               Defendants.

-------------------------------------------------------X

Civil Action No. 13-cv-00284
(LDW)(AKT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, N.Y.
★ APR 29 2013 ★
LONG ISLAND OFFICE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff DealFlow Media, Inc. and Defendants Brett Goetschius and MarketNexus Inc. hereby stipulate to the entry of the attached proposed Order of Dismissal With Prejudice without further notice or hearing, dismissing with prejudice this case and all claims, counterclaims and any other claims that were brought or could have been brought in the above-styled litigation between Plaintiff and Defendants, with each party to bear its own attorneys' fees, costs and other fees.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]


Case No.: 2:13-cv-00284

Dated: April 16, 2013

DealFlow Media, Inc

By _____
Steven Dresner
President

Brett Goetschius

By _____

MarketNexus Media, Inc

By _____
Brett Goetschius
President

IT IS SO ORDERED.
DATED: 4/29, 2013  _____
                    DISTRICT COURT JUDGE
                    Central Islip, NY

Submitted by:
Sheppard, Mullin, Richter & Hampton LLP,

By: _Paul W. Garrity_ /by MEM all per PWS
    Attorneys for Defendants

2

Case No.: 2:13-cv-00284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2013, the foregoing was electronically filed with the Clerk of the Court using the EFS which will send a notice of electronic filing to Arthur Dresner, Duane Morris, LLP, 1540 Broadway, NY 10036, amdresner@duanemorris.com.

_Mark E. McGrath_